ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RICARDO ESCAMILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO ESCAMILLA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  1:12-CR-00205 LJO <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing in this matter, currently calendared for March 11, 2013, be continued to March 25, 2013 at 8:30 a.m.

Informal objections by the defense resulted in revisions to the pretrial sentence report. Defense counsel is awaiting the revised version of the report. The additional time agreed to by the parties will afford defense counsel an opportunity to review the revised report with Mr. Escamilla.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 7, 2013        /s/ Laurel Montoya __
                              LAUREL MONTOYA
                              Assistant United States Attorney
                              **This was agreed to by Ms. Montoya via telephone on March 7, 2013**

1

1
2  DATED:  March 7, 2013                    /s/ Roger K. Litman
                                            ROGER K. LITMAN
3                                           Attorney for Defendant
                                            RICARDO ESCAMILLA
4
5  IT IS SO ORDERED.

6  **Dated:   March 7, 2013**              /s/  **Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28