ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RICARDO ESCAMILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO ESCAMILLA,<br><br>    Defendant. | CASE NO.  1:12-CR-00205 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing in this matter, currently calendared for March 25, 2013, be continued to April 8, 2013 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

The additional time requested is needed for defense counsel to prepare to fully represent Mr. Escamilla at sentencing.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 21, 2013         /s/ Laurel Montoya
                               LAUREL MONTOYA
                               Assistant United States Attorney
                               **This was agreed to by Ms. Montoya via email on March 21, 2013**

1

1 | DATED:  March 21, 2013     /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
RICARDO ESCAMILLA

IT IS SO ORDERED.

**Dated:   March 21, 2013**　　　　/s/  **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE